**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Eric Matthew Baldy, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-001654

Appeal From Horry County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No. 2021-UP-126
Submitted April 19, 2021 – Filed April 21, 2021

**AFFIRMED**

Heather Vry Scalzo, of Byford & Scalzo, LLC, of Greenville, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Michael J. Schwartz, of Russell B. Long, PA; and Heather Marie Moore, of Axelrod & Associates, PA, both of Myrtle Beach, for the Guardian ad Litem.

Heather Michelle Cannon, of Heather M. Cannon, LLC, of Conway, as the Guardian ad Litem for the appellant.

---

**PER CURIAM:**  Eric Baldy appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Baldy's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.